UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JORGE ALBERTO MARTINEZ-RAMIREZ,

    Petitioner,

v.                                     Case No. 18-C-1553

KIRSTJEN NIELSEN, et al.,

    Respondent.

## ORDER GRANTING TEMPORARY STAY OF REMOVAL

Petitioner Jorge Alberto Martinez-Ramirez, a citizen of Mexico, who is currently detained and in custody pursuant to a final order of removal for deportation, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 simultaneously with claims under the Administrative Procedure Act, 5 U.S.C. § 702, and the federal mandamus statute, 28 U.S.C. § 1361. The court was notified of his imminent removal from the United States in advance of the hearing previously scheduled for October 12, 2018.

The court held a status hearing on October 11, 2018. Based on that hearing and the record, the court orders a **TEMPORARY STAY** of the removal of Jorge Alberto Martinez-Ramirez. The Department of Homeland Security (DHS) and Immigration and Customs Enforcement Enforcement and Removal Operations (ICEERO) shall not remove Jorge Martinez Ramirez from the United States and the stay shall remain in effect pending further order by the court.

**SO ORDERED** this  12th  day of October, 2018.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court